UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :

ONUR SAHIN,                                :

                                                :

                   Petitioner,         :

                                              :           26-CV-3103 (JMF)

            -v-                       :

                                              :       <u>MEMORANDUM OPINION</u>

TODD BLANCHE et al.,                 :           <u>AND ORDER</u>

                                              :

                   Respondents,     :

                                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Petitioner Onur Sahin, who was detained by immigration authorities on or about April 15, 2026, petitions for the writ of habeas corpus under 28 U.S.C. § 2241.  *See* ECF No. 1.  By Order entered April 16, 2026, the Court scheduled a conference for today at 4:45 p.m. and directed the parties to try to submit a joint letter by 2:30 p.m., addressing, among other things, whether there is any basis to distinguish this case from *Guzman Cardenas v. Almodovar*, No. 25-CV-9169 (JMF), 2025 WL 3215573 (S.D.N.Y. Nov. 18, 2025) (and, if not, whether Respondents would consent to issuance of the writ — subject to preservation of Respondents' arguments for appeal). *See* ECF No. 2.

      At 2:59 p.m., the parties filed their joint letter.  *See* ECF No. 4.  That letter states that "the parties . . . agree that scheduled conference and full briefing is not necessary in this case given the Court's prior decision in *Guzman Cardenas*, and the Court can decide this matter based on this submission." *Id.* at 1.  More specifically, Respondents concede that "the facts of this case are not materially indistinguishable from [those in] *Guzman Cardenas*" and that "the Court's decision in *Guzman Cardenas* would control resolution of that issue if the Court adheres to that

decision." *Id.* at 2.  The Court adheres to its decision in *Guzman Cardenas*.  Accordingly, and in light of Respondents' concessions (even as they "reserve[e] all rights, including the right to appeal," *id*.), the Petition for the writ of habeas corpus is GRANTED.

Respondents shall release Petitioner in this District — and file certification thereof — by **tonight, April 16, 2026 at 7:00 p.m.**  The conference scheduled for today at 4:45 p.m. is hereby canceled as moot.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: April 16, 2026
      New York, New York

                JESSE M. FURMAN
                United States District Judge